# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| IN RE: REGLAN/METOCLOPRAMIDE LITIGATION | : No. 574 EAL 2013 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| PETITION OF: MORTON GROVE PHARMACEUTICALS INC., AND WOCKHARDT USA, LLC | : Order of the Superior Court |
| | : |
| | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.

The Applications for Post-Submission Communication are **DENIED**.

Mr. Justice Stevens did not participate in the decision or consideration of this matter.